UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA          CASE NO. 06-cr-0031 CMK

vs.          ORDER TO PAY

KURTIS LEE DIXON

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

| | | |
|---|---|---|
| Count I | Fine: $350.00 | Assessment: $10.00 |
| Count II | Fine: $_____ | Assessment: $_____ |
| Count III | Fine: $150.00 | Assessment: $10.00 |
| Count IV | Fine: $_____ | Assessment: $_____ |
| Count V | Fine: $_____ | Assessment: $_____ |

(X)     FINE TOTAL OF $500.00 and a penalty assessment of $20.00, payable forthwith.

         Count II is dismissed.

( )     RESTITUTION OF $_____.

( )     PROBATION to be unsupervised for a period of _____. Probation to terminate upon payment in full of all financial conditions imposed hereunder.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to Clerk, USDC, 501 I Street, Sacramento, CA 95814.

Your check or money order must indicate your <u>name</u> and <u>case number</u>.

DATED: November 29, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE